**No. 64302.**—Asche Bandor Corp. et al. v. United States, protests 59/10771, etc. (New York).

Opinion by Johnson, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in United States v. Browne Vintners Co., Inc. (34 C.C.P.A. 112, C.A.D. 351), and that the quantities reported in by the inspector as manifested not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 64303.**—James M. McCunn & Co. et al. v. United States, protests 59/12193, etc. (New York).

Opinion by Johnson, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in United States v. Browne Vintners Co., Inc. (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 64304.**—New York Merchandise Co., Inc. v. United States, protest 59/15006 (New York).

Opinion by Johnson, J. It was stipulated that the issues herein are similar in all material respects to those involved in United States v. Browne Vintners Co., Inc. (34 C.C.P.A. 112, C.A.D. 351) and that one case, containing "20 dozen pairs Slipper Sox, Item #610/2," reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the one case of merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.